IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JANICE REINBOLD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:18-cv-605-SMY-DGW |
| ADVANCE AUTO PARTS, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control. In light of the number of Defendants in this matter, the number of motions and documents that are being filed, and the failure of some parties to adhere to this Court's Scheduling Order, the following is hereby **ORDERED**:

1. The parties are reminded that Rule 41 "stipulations of dismissal" are disfavored in this action and should not be filed. If a party seeks to be dismissed per Rule 41, it shall file a **MOTION**. A response to such a motion is due within 5 days of filing.

2. The parties are reminded that they must ensure that their attorney is listed as the attorney of record in all capacities, i.e. Defendant, cross-Defendant, counter-Defendant.

3. Plaintiff was directed to file a notice with the Court setting forth information regarding Defendants who have not answered. No such notice was filed by the July 30, 2018 deadline. Plaintiff shall file said notice be **September 11, 2018** or **SHOW CAUSE**, in person, on **September 11, 2018 at 12:30p.m.** why she failed to do so. The Court is particularly interested in Defendants Carquest Auto Parts, Goulds Pumps Inc., Grinnell LLC, and any other Defendant for whom an attorney has not appeared.

4. Certain Defendants, who have entered an appearance, have not filed a responsive pleading by the August 8, 2018 deadline. Plaintiff also has not sought default by the August 22, 2018 deadline. These Defendants are: Aurora Pump Company, Borg-Warner

Corporation, Clark-Reliance Corporation, The Dow Chemical Company, General Electric Company, Metropolitan Life Insurance Co., Milton Roy, LLC, RIC-WIL Incorporated, Union Carbide Corporation, and Warren Pumps, LLC. These Defendants shall file an Answer by **September 11, 2018** or **SHOW CAUSE**, in person, on **September 11, 2018 at 12:30 p.m.** why they failed to do so.

5. Ingersoll-Rand's Motion (Doc. 268) is **GRANTED**. An answer was filed on 8/30/18 (Doc. 340).

6. Trane U.S.'s Motion (Doc. 270) is **GRANTED**. An answer was filed on 8/30/18 (Doc. 339).

7. BW/IP's Motion (Doc. 274) is **GRANTED**. Defendant's motion to dismiss was filed on 8/24/18 (Doc. 330).

8. Peerless Industries' Motion (Doc. 276) is **GRANTED**. An answer was filed on 8/30/18 (Doc. 346)

9. Carrier Corporation's Motion (Doc. 323) is **GRANTED IN PART**. Carrier Corporation's answer is due by **September 11, 2018.**

10. Maremont Corporation's Motion (Doc. 351) is **GRANTED**. Notwithstanding counsel's representation, Maremont's Answer has not been filed. Maremont shall file its responsive pleading by **September 11, 2018.**

**DATED: September 6, 2018**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**